UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES THORTON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) Civil Action No. 98-890 (EGS) | |
| v. ) | |
| ) | |
| ) | **FILED** |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ("Amtrak"), ) | DEC - 4 2000 |
| ) | |
| Defendant. ) | U.S. DISTRICT COURT |
| ) | |

**O R D E R**

Upon consideration of Administrator's Motion for Approval of the Point System for Allocating the Settlement Fund and the Recommended Distributions from the Fund and the oppositions thereto, it is

**ORDERED** that the Administrator's motion is hereby **DENIED WITHOUT PREJUDICE** substantially for the reasons stated by Defendant Amtrak and the Court in the telephone conference on November 30, 2000.

The parties are directed to meet and confer in an effort to modify the consent decree consistent with the concerns of the Court stated in the telephone conference on November 30, 2000. The Court is available to proceed with further hearings on relevant issues in December. Under the circumstances, the Status Hearing scheduled for December 4, 2000 is canceled.

Date: 12/1/00

EMMET G. SULLIVAN
U.S. DISTRICT JUDGE



cc:        Thomas E. Reinert, Jr., Esq.
Grace Speights, Esq.
Morgan, Lewis & Bockius LLP
1800 M Street, N.W.
Washington, DC 20036

William Herrmann, Esq.
Acting Deputy General Counsel
National Railroad Passenger Corp.
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002

Roderic V.O. Boggs, Esq.
Avis Buchanan, Esq.
Washington Lawyers Committee For
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W. Suite 400
Washington, D.C. 20036

Lawyer's Committee For
  Civil Rights Under Law of
  The Boston Bar Association
294 Washington Street, Suite 940
Boston, MA 02108

Thomas V. Urmy, Jr., Esq.
Shapiro Haber & Urmy, LLP
75 State Street
Boston, MA 02109

Paul C. Sprenger, Esq.
Michael D. Lieder, Esq.
Maia Caplan, Esq.
Sprenger & Lang, PLLC
1614 20th Street, N.W.
Washington, D.C. 20009