UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James Thornton, *et al.*,  )<br>  )<br>　　　Plaintiffs,  )<br>  )<br>　　　v.  )<br>  )<br>National Railroad Passenger  )<br>　Corporation ("AMTRAK"),  )<br>  )<br>　　　Defendant.  ) | Civil Action No. 98CV0890 (EGS) |

**STIPULATION AND ORDER**

The undersigned counsel for the Plaintiff Class and Plaintiff Pennsylvania Federation, BMWE and Defendant National Railroad Passenger Corporation ("AMTRAK") enter this Stipulation as the final, agreed resolution of this litigation. This Stipulation and Order resolves all issues that remained unresolved under the Stipulation and Order dated March 15, 2005.

1) The Consent Decree expired on July 31, 2004, except Section V, which was extended until July 31, 2008.

2) The parties, by separate interim agreement, established certain interim working conditions derived from the Consent Decree, which they applied beginning August 1, 2004 and have continued while they attempted to resolve the issue of incorporation of injunctive provisions into the collective bargaining agreement pursuant to Section V of the Consent Decree.

3) By the Agreement dated January 17, 2008, appended as Exhibit 1, the parties have resolved all issues of incorporation of injunctive provisions from the Consent Decree into the collective bargaining agreement, and the Agreement specifies all such incorporated terms.

4) Pursuant to the Agreement dated January 17, 2008, its provisions are effective upon the Court's dismissal of this case.

5) The parties respectfully request that the Court terminate the Consent Decree and dismiss this case in its entirety.

Respectfully submitted,

Dated: February 5, 2008

_____
Michael D. Lieder (D.C.Bar # 444273)
Counsel for Plaintiff Class and
Plaintiff Pennsylvania Federation, BMWE
Sprenger & Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, D.C. 20005
(202) 772-1159
mlieder@sprengerlang.com

_____
Thomas E. Reinert, Jr. (D.C.Bar # 336867)
Counsel for Defendant AMTRAK
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5084
treinert@morganlewis.com

2

**IT IS SO ORDERED that:**

    **The Consent Decree is TERMINATED,**

    **and**

    **This case is DISMISSED.**

Dated: _____

                                        _____
                                        The Honorable Emmet G. Sullivan
                                        United States District Court Judge
                                        United States District Court for the
                                                District of Columbia

Copies to:

Thomas E. Reinert, Jr.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

William Herrmann
Deputy General Counsel
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002

Michael D. Lieder
Sprenger & Lang, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, D.C. 20009